FILED

NOV 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and FONOVISA, INC., | 1:05-CV-1401 AWI DLB |
| Plaintiffs, | NO. CIV. S-05-1270 LKK/PAN |
| v. | O R D E R |
| SHAUNA GOSS, | |
| Defendant. | |

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held on November 7, 2005. At that conference, the court was informed that the sole defendant, Shauna Goss, resides in Fresno, California, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

////

////

1  Pursuant to Local Rule 3-120(d), and at the request of the
2  parties, this action is TRANSFERRED to the United States District
3  Court for the Eastern District of California sitting in Fresno.
4  IT IS SO ORDERED.
5  DATED: November 7, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT