Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
ELEKTRA ENTERTAINMENT GROUP, INC.;
SONY BMG MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; and FONOVISA, INC.

FILED
JUL 2 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and FONOVISA, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAUNA GOSS,<br><br>Defendant. | Case No.: 1:05-CV-01401-AWI-DLB<br><br>Honorable Anthony W. Ishii<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SHAUNA GOSS** |

1

NOTICE OF DISMISSAL OF DEFENDANT SHAUNA GOSS
CASE NO.: 1:05-cv-01401-AWI-DLB

#2383 v1

1   IT IS HEREBY STIPULATED by and between Plaintiffs Virgin Records America, Inc., Elektra Entertainment Group Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., and Fonovisa, Inc. (collectively, "Plaintiffs"), and Defendant Shauna Goss ("Defendant"), through their respective counsel, that the complaint in the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: July 17, 2006               HOLME ROBERTS & OWEN LLP

                                   By:      /s/ Leemore Libesman
                                        Leemore Libesman
                                        Attorney for Plaintiffs
                                        VIRGIN RECORDS AMERICA, INC.;
                                        ELEKTRA ENTERTAINMENT GROUP,
                                        INC.; SONY BMG MUSIC
                                        ENTERTAINMENT; UMG RECORDINGS,
                                        INC.; and FONOVISA, INC.

DATED: July 17, 2006               LAW OFFICES OF WAYNE GREEN

                                   By:      /s/ Wayne Green
                                        Wayne Green
                                        Attorney for Defendant
                                        SHAUNA GOSS

It is so Ordered. Dated: 7-20-06

_____
United States District Judge

2

NOTICE OF DISMISSAL OF DEFENDANT SHAUNA GOSS
CASE NO.: 1:05-cv-01401-AWI-DLB

#2383 v1